UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT HOLLAND,<br><br>            Plaintiff,<br><br>      vs.<br><br>C. SCHUYLER, et al.,<br><br>            Defendants. | 1:16-cv-01271-DAD-GSA-PC<br><br>ORDER GRANTING REQUEST FOR SCREENING ORDER<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT |

   This is a civil action filed by Everett Holland ("Plaintiff"), a state prisoner proceeding pro se.  This action was initiated by civil complaint filed by Plaintiff in the Kern County Superior Court on September 29, 2015 (Case #BCV 15 101147 DRL).  On August 26, 2016, defendants Esmond, Haak, Hunley, Maciejewski, and Schuyler ("Defendants") removed the case to federal court by filing a Notice of Removal of Action pursuant to 28 U.S.C. § 1441(c). (ECF No. 1.)  Within the Notice of Removal, Defendants requested the court to screen Plaintiff's complaint under 28 U.S.C. § 1915A and grant Defendants an extension of time in which to file a responsive pleading.  (Id. ¶9.)

   The Court is required to screen complaints in civil actions in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity.  28 U.S.C. § 1915A(a).  Plaintiff's complaint alleges that Defendants, employees of the California Department of Corrections and Rehabilitation (CDCR) at California Correctional Institution in

Tehachapi, California, violated his civil rights under the Fourteenth Amendment of the United States Constitution. Because Plaintiff is a prisoner and Defendants were employees of the CDCR at a state prison when the alleged events occurred, the court is required to screen the complaint. Therefore, Defendants' motion for the court to screen the complaint shall be granted. In addition, good cause appearing, the motion for extension of time shall also be granted.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Defendants' motion for the Court to screen the complaint is GRANTED, and the Court shall issue a screening order in due course;
2. Defendants are GRANTED an extension of time until thirty days from the date of service of the Court's screening order in which to file a response to the complaint.

IT IS SO ORDERED.

Dated:   **February 24, 2017**                    **/s/ Gary S. Austin**
                                                                       UNITED STATES MAGISTRATE JUDGE