1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    EVERETT HOLLAND,                              No.  1:16-cv-01271-DAD-GSA (PC)

12                    Plaintiff,

13          v.                                      ORDER ADOPTING FINDINGS AND
                                                    RECOMMENDATIONS AND DISMISSING
14    C. SHUYLER, et al.,                           ACTION FOR FAILURE TO COMPLY WITH
                                                    A COURT ORDER
15                    Defendants.
                                                    (Doc. No. 30)
16

17

18          Plaintiff Everett Holland is a state prisoner proceeding *pro se* and *in forma pauperis* with

19   this civil rights action brought pursuant to 42 U.S.C. § 1983.  The matter was referred to a United

20   States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21          On August 12, 2019, the assigned magistrate judge issued amended findings and

22   recommendations, recommending that this action be dismissed with prejudice due to plaintiff's

23   failure to obey a court order.[1]  (Doc. No. 30.)  The findings and recommendations were served on

24   _____

25   [1]  Earlier findings and recommendations, issued on July 7, 2019, are also pending on the docket.
     (*See* Doc. No. 28.)  However, those "findings and recommendations were amended [on August
26   12, 2019] to reflect that this case should be dismissed based on Plaintiff's failure to comply with a
     court order, not on Plaintiff's failure to state a claim."  (Doc. No. 30 at 1 n.1.)  Accordingly, the
27   undersigned declines to adopt the July 7, 2019 findings and recommendations because they have
     been rendered moot by the issuance of the August 12, 2019 amended findings and
28   recommendations.

                                                    1

plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 2–3.)  Plaintiff has failed to file objections to the pending findings and recommendations and the deadline to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the undersigned has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the undersigned concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1.     The findings and recommendations filed on August 12, 2019 (Doc. No. 30) are adopted in full;

2.     This action is dismissed due to plaintiff's failure to obey a court order;

3.     The court declines to adopt the findings and recommendations filed on July 8, 2019 (Doc. No. 28) because they have been rendered moot by the issuance of the amended findings and recommendations on August 12, 2019; and

4.     The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **October 22, 2019**

_____
UNITED STATES DISTRICT JUDGE